Anita Harper Poe
Malin Stearns Johnson
GARLINGTON, LOHN & ROBINSON, PLLP
199 West Pine • P. O. Box 7909
Missoula, MT 59807-7909
Telephone (406) 523-2500
Telefax (406) 523-2595
ahpoe@garlington.com

F I L E D
RECEIVED
MISSOULA. MT

2006 MAY 26 PM 4 12

PATRICK E. DUFFY

BY _____
    DEPUTY CLERK

Attorneys for Defendants Brim Healthcare, Inc.,
Missoula Community Health Services, Inc. d/b/a
Mineral Community Hospital, Charlotte Lang,
Edward Hollenback, Yong Park, M.D., Chris Martineau,
Geoff Wilson, Dave Jensen, Sylvia Bookout-Reineke,
Carol Johnson, Sharyn Lincoln, Tate Kreitinger,
Jon Smiley, and Laurel Chambers, PAC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TERRY SMITH, M.D. | Cause No. CV-05-71-M-DWM |
| Plaintiff, | |
| v. | |
| BRIM HEALTHCARE, INC., MISSOULA COMMUNITY HEALTH SERVICES, INC. d/b/a MINERAL COMMUNITY HOSPITAL, CHARLOTTE LANG, EDWARD HOLLENBACK, YONG PARK, M.D., CHRIS MARTINEAU, GEOFF WILSON, DAVE JENSEN, SYLVIA BOOKOUT-REINEKE, CAROL JOHNSON, SHARYN LINCOLN, TATE KREITINGER, JON SMILEY, ROBERT PARROT, M.D. and LAUREL CHAMBERS, PAC. | MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS EDWARD HOLLENBACK, CHRIS MARTINEAU, GEOFF WILSON, DAVE JENSEN, SYLVIA BOOKOUT-REINEKE, CAROL JOHNSON, SHARYN LINCOLN AND TATE KREITINGER |
| Defendants. | |

1

COME NOW Defendants, Edward Hollenback, Chris Martineau, Geoff Wilson,

Dave Jensen, Sylvia Bookout-Reineke, Carol Johnson, Sharyn Lincoln and Tate

Kreitinger, by and through their counsel of record, Garlington, Lohn & Robinson, PLLP,

pursuant to Federal Rules of Civil Procedure 56, and move the Court for summary

judgment upon the grounds and for the reason that there is no genuine issue as to any

material fact and that said Defendants are entitled to judgment against the Plaintiff as a

matter of law. This Motion is supported by the accompanying Brief, and Affidavits. [1]

DATED this _26_ day of May, 2006.

Anita Harper Poe
Malin Stearns Johnson
GARLINGTON, LOHN & ROBINSON, PLLP
Attorneys for Brim Healthcare, Inc.,
Missoula Community Health Services, Inc. d/b/a
Mineral Community Hospital, Charlotte Lang,
Edward Hollenback, Yong Park, M.D., Chris
Martineau, Geoff Wilson, Dave Jensen, Sylvia
Bookout-Reineke, Carol Johnson, Sharyn Lincoln,
Tate Kreitinger, Jon Smiley, and Laurel Chambers PAC

---

[1] The signed Affidavit of Carol Johnson will be filed as a supplement.

CERTIFICATE OF SERVICE

I hereby certify that on $2\text{/}o^{\text{th}}$ of May, 2006, a copy of the foregoing document was served on the following persons by the following means:

```
            CM/ECF
   1        Hand Delivery
   2        Mail
            Overnight Delivery Service
            Fax
            E-Mail
```

1. Clerk, U.S. District Court

2. Dennis E. Lind
   Terance P. Perry
   Will Ballew
   Datsopoulos, MacDonald & Lind, P.C.
   201 West Main, Suite 201
   Missoula MT 59802

Sandy Radmer
GARLINGTON, LOHN & ROBINSON, PLLP
199 West Pine, P. O. Box 7909
Missoula, MT  59807-7909
ahpoe@garlington.com
Telephone (406) 523-2500
Telefax (406) 523-2595
Attorneys for Brim Healthcare, Inc.,
Missoula Community Health Services, Inc. d/b/a
Mineral Community Hospital, Charlotte Lang,
Edward Hollenback, Yong Park, M.D., Chris
Martineau, Geoff Wilson, Dave Jensen, Sylvia
Bookout-Reineke, Carol Johnson, Sharyn Lincoln,
Tate Kreitinger, Jon Smiley, and Laurel Chambers PAC