**Hon. Donald W. Molloy, Chief Judge**
United States District Court
District of Montana
201 East Broadway
Missoula, Montana 59802
Telephone: (406) 542-7286
Facsimile: (406) 542-7284

FILED
MISSOULA, MT

2006 NOV 7 AM 9 18

PATRICK E. DUFFY
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TERRY SMITH, M.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRIM HEALTHCARE, INC., MISSOULA ) <br> COMMUNITY HEALTH SERVICES, INC. ) <br> d/b/a MINERAL COMMUNITY HOSPITAL, ) <br> CHARLOTTE LANG, EDWARD ) <br> HOLLENBACK, YONG PARK, M.D., ) <br> CHRIS MARTINEAU, GEOFF WILSON, ) <br> DAVE JENSEN, SYLVIA BOOKOUT-REINKE, ) <br> CAROL JOHNSON, SHARYN LINCOLN, ) <br> TATE KREITINGER, JON SMILEY, ROBERT ) <br> PARROT, M.D. and LAUREL CHAMBERS, PAC,) <br> ) <br> Defendants. ) <br> ) | Cause No. CV05-71-M-DWM <br><br> **ORDER OF DISMISSAL** <br> **WITH PREJUDICE** |

It appearing to the Court from a written Stipulation by and between the parties, heretofore filed herein, that the above-entitled case has been fully and finally compromised and settled upon its merits,

NOW, THEREFORE, pursuant to request made by the parties contained in said Stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled cause be, and the same is hereby dismissed with prejudice.

- 1 -

Dated this \_\_7th\_\_ day of \_\_November\_\_, 2006.

By_____
Donald W. Molloy, Chief Judge
United States District Court